# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CHARLES BOYD**                                                                         **PLAINTIFF**

**v.**                          **NO. 4:08CV02705 JLH/BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration**                                                              **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's Motion to Supplement the Record is denied, Plaintiff's Motion for Remand is granted, the decision of the Commissioner is reversed and the case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED this 30th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE